McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MEHDI HAKIMIPOUR, | ) | 07-cv-F-185-OWW-DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANTS' MOTION FOR** |
| Michael Chertoff, et al. | ) | **AN EXTENSION OF TIME IN** |
| | ) | **WHICH TO FILE AN ANSWER** |
| | ) | **AND ORDER** |
| Defendants. | ) | |
| | ) | |

Plaintiff has filed a complaint pursuant to 8 U.S.C. § 1447(b) alleging that defendants have failed to timely process his application for naturalization. Defendants respectfully inform the Court that plaintiff Hakimipour's application is currently pending clearance by the Federal Bureau of Investigation. Since the filing of this lawsuit, an expedite request on the security check has been placed with the FBI. Once the FBI has cleared the application, United States Citizenship and Immigration Services will resume the processing of the application in the most expedited manner possible.

Because plaintiff's application is currently pending at the FBI, defendants request an

extension of time in which to either file an answer to the complaint or a joint motion to dismiss the case as moot. The typical time frame required by that agency for completion of the name and background check is 60 days from the date of the expedite request. Defendants therefore request an extension until June 6, 2007.

Dated: April 6, 2007                                             Respectfully Submitted,

                                                                 McGREGOR W. SCOTT
                                                                 United States Attorney


                                                        By:      /s/Audrey Hemesath
                                                                 Audrey B. Hemesath
                                                                 Assistant U.S. Attorney
                                                                 Attorneys for the Defendants


ORDER

Pursuant to this Motion for an Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that the defendant's Answer is due on June 6, 2007, and the scheduling conference, currently set for June 6, 2007, is reset to June 28, 2007 at 9:00 a.m.

IT IS SO ORDERED.

       Dated:   **April 9, 2007**              **/s/ Dennis L. Beck**
3b142a                                         UNITED STATES MAGISTRATE JUDGE